IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Francis Akinno,                        *
P.O. Box 23510,
Baltimore, MD 21203.       *
*(Full name and address of the plaintiff)*
        Plaintiff(s)

      vs.                                *    Civil No. WMN 10CV1501
                                                  *(Leave blank. To be filled in by Court.)*

JC Penny et. al,
650 Legacy Drive,                    *
Plano, Texas 75024
Telephone # 800-222-6161    *
jcpenney-support@jcpenney.com
*(Full name and address of the defendant(s))*
        Defendant(s)          *
                       ******

FILED / ENTERED / LOGGED / RECEIVED
JUN 08 2010
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____
   _____
   _____

Complaint (Rev. 12/2000)              1

2. The facts of this case are:

defendants JC Penny issue their credit card to me in the month of April 2009. In month of May 2009 Mr. Joseph Taye Badejo who did not want me to live as human and have successfully capture the whole family I left in Nigeria for meat to United States stores capture JC Penny and started controlling the price of what I buy including preparing my statement as the owner of the business. He is doing this to hinder me from using credit card in United States and for it to easy for him to kill me.

Joseph Badejo and his conspirator use heavenly demon above the sky to blockage my credit card. Whenever I apply for JC Penny new credit card the heavenly demon which Joseph Badejo is using will transfer what he and his conspirator write that I have no good credit and because of that they cannot issue the credit card.

3.    The relief I want the court to order is:

☒ Damages in the amount of: Four Hundred and Ninety Seven thousand trillion Dollar.

☒ An injunction ordering: JC Penny to remove Joseph Badejo blockage from my Credit Card, and for them to open another line of credit for me with activation Credit Card.

☒ Other (explain) Life Imprisonment and death penalty to Joseph Badejo and his conspirator base on their aggravated circumstances at the time of the offense.

_____
(original signature of plaintiff)

Professor Francis Akino,

P.O. Box 23510,

Baltimore, MD 21203
(address of plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.