IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS AKINRO   * 
     Plaintiff,
  v.   *   CIVIL ACTION NO. WMN-10-1501

J.C. PENNY, et al.   *
     Defendants.
                              ***

## **MEMORANDUM**

Plaintiff, a resident of Baltimore, Maryland who holds himself out as a "Professor" and Department of Justice employee, filed this 28 U.S.C. § 1331 action on June 8, 2010, naming J.C. Penny's department store as Defendant. His statement of facts alleges that:

> "Defendants J.C. Penny issue their credit card to me in the month of April 2009. In month of May 2009, Mr. Joseph Taye Badejo who did not want me to live as human and have successfully capture the whole family I left in Nigeria for meat to United States stores capture J.C. Penny and started controlling the price of what I buy including preparing my statement as the owner of the business. He is doing this to hinder me from using credit card in United States and for it to easy for him to kill me.
> Joseph Badejo and his conspirator use heavenly demon above the sky to blockage my credit card. Whenever I apply for J.C. Penny new credit and the heavenly demon which Joseph Badejo is using will transfer what he and his conspirator write that I have no good credit and because of that they cannot issue the credit card."

Paper No. 1 at 2.

In his relief request, Plaintiff seeks the award of $497,000,000,000,000.00 and court order requiring J.C. Penny's to open him another line of credit. *Id.* at 3. He further asks that life imprisonment and the death penalty be imposed on Joseph Badejo and his "conspirator" based on aggravated circumstances. Although Plaintiff's indigency application contains information the Court finds questionable,[1] he shall be granted leave to proceed *in forma pauperis*.

---

[1] Plaintiff claims that he receives $3,063.00 in monthly retirement income; has been employed

This Court may preliminarily review the Complaint allegations before service of process and dismiss them *sua sponte* if satisfied that the Complaint has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris,* 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Even when affording the *pro se C*omplaint and accompanying materials a generous construction, the Court finds no basis to allow the action to go forward or to require supplementation. The Complaint allegations are unbelievable and fail to set out a colorable federal claim. The matter shall be summarily dismissed under 28 U.S.C. § 1915(e). A separate Order follows.

Date: 6/11/10

/s/
William M. Nickerson
United States District Judge

---

by the U.S. Department of Justice since July of 2009; and has $200,000.00 accumulated at four separate banks. Paper No. 2.