IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS AKINRO          *
        Plaintiff,
   v.          *    CIVIL ACTION NO. WMN-10-1501

J.C. PENNY, et al.         *
        Defendants.
                         ***

**O R D E R**

In accordance with the foregoing Memorandum, it is this 11th day of June, 2010, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Paper No. 2) IS GRANTED;

2. This case IS DISMISSED pursuant to 28 U.S.C. § 1915(e);

3. The Clerk SHALL CLOSE the case; and

4. The Clerk SHALL SEND a copy of this Order and the Memorandum to Plaintiff.

                                              /s/
                                         _____
                                         William M. Nickerson
                                         United States District Judge